**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Acorda Therapeutics, Inc., *et al*.,<br><br>              Liquidating Debtors. | Chapter 11<br><br>Case No. 24-22284 (DSJ)<br><br>(Jointly Administered) |
| Alexandre Zyngier, Liquidation Trustee of the Acorda Therapeutics Liquidation Trust,<br><br>              Plaintiff,<br>v.<br><br>Archer Insights LLC,<br><br>              Defendant. | Adv. Case No. 26-07016 (DSJ) |

## <u>CERTIFICATE OF SERVICE</u>

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 31st, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via first class mail:

- Summons and Notice of Pretrial Conference in an Adversary Proceeding

- Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502

- Order Establishing Streamlined Procedures for the Prosecution and Resolution of Preference Claims

On the addresses listed below:

Archer Insights LLC
Attn: Director, Officer, Managing, or General Agent authorized to accept service of process
411 Swedeland Rd
Suite 23-1080
King Of Prussia, PA 19406

Archer Insights LLC (Registered Office)
Attn: Director, Officer, Managing, or General Agent authorized to accept service of process
4405 Lobella Court
Chester Springs, PA 19425

Dated: April 2nd, 2026

*/s/ David Kitto*
David Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801