HERBERT SMITH FREEHILLS KRAMER (US) LLP
Kyle J. Ortiz
Jared C. Borriello
Michael C. Blackmon
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Counsel to Liquidation Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Acorda Therapeutics, Inc., *et al*[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 24-22284 (DSJ)<br><br>(Jointly Administered) |
| Alexandre Zyngier, Liquidation Trustee of the Acorda Therapeutics Liquidation Trust,<br><br>Plaintiff,<br>V.<br><br>Archer Insights LLC,<br><br>Defendant. | Adv. Case No. 26-07016 (DSJ) |

## <u>NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE</u>

**PLEASE TAKE NOTICE** that the pre-trial conference (the "<u>Pre-Trial Conference</u>") currently scheduled to take place before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, on May 19, 2026 at 10:00 A.M.

---

[1] The debtors in these chapter 11 cases (collectively, the "<u>Debtors</u>"), along with the last four (4) digits of each Debtor's federal tax identification number, are: Acorda Therapeutics, Inc. (1168), Civitas Therapeutics, Inc. (2814), Biotie Therapies, LLC (2149), Biotie Therapies AG (N/A), Neuronex, Inc. (5094), and Acorda Therapeutics Limited (N/A).

(Prevailing Eastern Time) has been adjourned to **June 18, 2026 at 10:00 A.M. (Prevailing Eastern Time).**

      **PLEASE TAKE FURTHER NOTICE** that the Pre-Trial Conference shall be held via "*Zoom for Government***"** before the Honorable David S. Jones, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York. Parties wishing to participate on a "live" or a "listen only" line must make an electronic appearance through the "eCourtAppearances" tab on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances, no later than **June 17, 2026 at 4:00 p.m. (Prevailing Eastern Time) (the "Appearance Deadline").** Following the Appearance Deadline, the Court will circulate by e-mail the Zoom link to those parties who have made an electronic appearance. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

      **PLEASE TAKE FURTHER NOTICE** that all case filings can be viewed and/or obtained by: (i) accessing the Court's website www.nysb.uscourts.gov or by (ii) contacting the Office of the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York.

*[Remainder of page left blank intentionally]*

DATED:  May 15, 2026  
      New York, New York

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**

*/s/ Kyle J. Ortiz*  
Kyle J. Ortiz  
Jared C. Borriello  
Michael C. Blackmon  
1177 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000  
Email: kyle.ortiz@hsfkramer.com

*Counsel to Liquidation Trustee*