**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Acorda Therapeutics, Inc., *et al.*,<br><br>              Liquidating Debtors. | Chapter 11<br><br>Case No. 24-22284 (DSJ)<br><br>(Jointly Administered) |
| Alexandre Zyngier, Liquidation Trustee of the Acorda Therapeutics Liquidation Trust,<br><br>              Plaintiff,<br>v.<br><br>Archer Insights LLC,<br><br>              Defendant. | Adv. Case No. 26-07016 (DSJ) |

## <u>CERTIFICATE OF SERVICE</u>

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 15th, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via first class mail:

- Notice of Adjournment of Pre-Trial Conference

On the addresses listed below:

Archer Insights LLC
Attn: Director, Officer, Managing, or General Agent authorized to accept service of process
411 Swedeland Rd
Suite 23-1080
King Of Prussia, PA 19406

Archer Insights LLC (Registered Office)
Attn: Director, Officer, Managing, or General Agent authorized to accept service of process
4405 Lobella Court
Chester Springs, PA 19425

Dated: May 20th, 2026

              */s/ David Kitto*
              David Kitto
              Reliable Companies
              1007 North Orange Street, Suite 110
              Wilmington, DE 19801